CODY LAMONT BLAYLOCK  §  IN THE COURT OF

V.  §  CRIMINAL APPEALS

STATE OF TEXAS  §  OF  TEXAS

**FILED IN
COURT OF CRIMINAL APPEALS**

**JUN 10 2015**

**Abel Acosta, Clerk**

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, Appellant in the above styled and numbered cause and respectfully moves this court to grant leave to file an original copy only of his Petition for Discretionary Review and in support thereof would show the following:

1. The style and appeal number in the Twelfth Court of Appeals is Cody Lamont Blaylock, Appeal No.12-13-00363-CR.

2. Appellant moves that pursuant to Rule 2,T.R.A.P. this court suspend Rule 9.3(b),Tex.R.A.P. that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3. The facts relied on for good cause: Appellant is indigent and incarcerated and does not have access to a copying machine. It is also the policy of the Coffield Unit of the TDCJ-CID not to provide copies to offenders. Coffield is where appellant is housed. He is filing pro se and not represented by counsel.

WHEREFORE.PREMISES CONSIDERED, appellant respectfully prays that this Honorable Court grant leave to file an original copy only of his Petition for Discretionary Review with the Court.

Respectfully submitted,

*Cody Blaylock*
Cody Lamont Blaylock#1898529
Coffield Unit
2661 FM 2054
Tennessee Colony,Tx 75884

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**JUN 05 2015**

**Abel Acosta, Clerk**

-1-

## CERTIFICATE OF SERVICE

I, CodyLamont Blaylock,hereby certifies that a true and correct of his "Pro se Motion Requesting Leave To File An Original Copy Only Of The Petition For Discretionary Review" was sent to the Clerk of the Texas Court of Criminal Appeals by placing same in the U.S. mail to : P.O. Box 12308,Capitol Station, Austin,Texas 78711. Executed on this 31st day of May 2015. _Cody Blaylock_
signature

## UNSWORN DECLARATION

I, Cody L. Blaylock#1898529,being presently incarcerated in the Coffield Unit of the TDCJ-CID located in Anderson County,Texas declare under penalty of perjury that the foregoing is true and correct according to my belief. Executed on this 31st day of May 2015. _Cody Blaylock_
signature